

**NUMBER 13-08-00513-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN RE: PHOEBE MARIE ARRIAGA

### On Petition for Writ of Mandamus

## MEMORANDUM OPINION

### Before Justices Yañez, Garza, and Benavides
### Memorandum Opinion Per Curiam

On August 28, 2008, relator, Phoebe Marie Arriaga, filed a petition for writ of mandamus with this Court in which she alleges that on May 23, 2008, respondent, the Honorable Nanette Hasette, Presiding Judge of the 28th Judicial District Court of Nueces County, Texas, abused her discretion by: (1) denying plaintiff's motion to deem answers to request for admissions admitted as to real parties in interest, Joseph Huerta, The Huerta Law Firm, L.L.P., and Evident Music Group, L.L.C.; and (2) granting the real parties in interest leave to file late answers to request for admissions.

Relator's petition for writ of mandamus asks this Court to order the respondent to: (1) vacate the May 23, 2008 trial court's order; and (2) compel respondent to issue an order granting the motion to deem the answers to the requests for admission admitted.

The Court, having examined and fully considered relator's petition for writ of mandamus and the real parties in interest's response thereto, is of the opinion that relator has not shown herself entitled to the relief sought and the petition for writ of mandamus should be denied.

The petition for writ of mandamus is hereby DENIED.  *See* TEX. R. APP. P. 52.8(a)..

      PER CURIAM

Memorandum Opinion delivered and
filed this the 5th day of December, 2008.